468 A.2d 848

Commonwealth v. Devlin, Appellant.

Submitted June 15, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Affirmed.